BEFORE THE FIRST DIVISION, SEPTEMBER 24, 1964

**No. 68788.**—Acme Import Co., Inc., et al. *v.* United States, protests 61/8348, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of cylinder, enamel, or opal glass tiles and tiling, the claim of the plaintiffs was sustained.